IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ORLANDO DESHUN GRAY                                                                    PLAINTIFF

v.                                      Civil No. 1:16-cv-1092

CARLA GIBSON, Deputy Prosecuting
Attorney; VICKY COOPER, Court
Appointed Attorney; and ROBIN
CARROLL, Judge Union County                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 6, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that Plaintiff's complaint be dismissed with prejudice against all Defendants pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. This dismissal is counted as a strike for purposes of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**, this 30th day of December, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge